FILED

2017 APR -3  AM 9: 44

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: **'17MJ8324** |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21, U.S.C. §§ 952, 960 |
| Phyllis Marlena SCHAFFTER, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant duly sworn states:

That on or about April 1, 2017, within the Southern District of California, defendant, Phyllis Marlena SCHAFFTER, did knowingly and intentionally import approximately 107.6 grams (.24 pounds) of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached Probable Cause Statement which is incorporated herein by reference.

*[signature]*
Jose L. Paez, Special Agent
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 3rd DAY OF April, 2017.

*[signature]*
HON. ANDREW G. SCHOPLER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Phyllis Marlena SCHAFFTER

## PROBABLE CAUSE STATEMENT

I, Homeland Security Investigations Special Agent (SA) Jose L. Paez, declare under penalty of perjury, the following is true and correct:

On April 1, 2017 a Customs and Border Protection Officer (CBPO) L. Tillery was working the primary pedestrian lane at the Calexico, California West Port of Entry (POE). At approximately 01:44 a.m. Phyllis Marlena SCHAFFTER (SCHAFFTER), DOB: 09/12/1985, a United States Citizen applied for admission into the United States.

SCHAFFTER presented a California birth certificate and California driver's license. SCHAFFTER provided a negative declaration. SCHAFFTER was sent to secondary for further inspection.

In the secondary inspection area SCHAFFTER was asked to squat a few times and a bulge was visible in her inner thigh, CBPO L. Tillery performed a pat-down on SCHAFFTER. SCHAFFTER was asked to remove any hidden packages. SCHAFFTER removed one package hidden in her vagina, wrapped in clear cellophane and two condoms.

The package was probed and found to contain a crystal like substance that field tested positive for methamphetamine. The total weight of the package was approximately 107.6 grams (.24 pounds).

On April 1, 2016, at approximately 2:00 A.M., SA Jose L. Paez and SA Bryan J. Alexander were notified by CBPO and responded to the Calexico, CA West POE. At approximately 3:45 A.M., SA Paez read the Miranda Warnings to SCHAFFTER in English verbatim from an ICE 73-025 Form. SCHAFFTER said she understood her rights and was willing to answer questions without the presence of an attorney.

During her statement, SCHAFFTER stated she knowingly attempted to smuggle methamphetamine in her body and had been successful on four prior occasions.

Executed on April 1, 2017 at 10:50 A.M.

Jose L. Paez, Special Agent
Homeland Security Investigations

On the basis of the facts presented in the probable cause statement consisting of four (4) pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on April 1, 2017, in violation of Title 21 United States Code, Section(s) 952 and 960.

The Honorable William V. Gallo
United States Magistrate Judge

**12:58 PM, Apr 1, 2017**
Date/Time