**FILED**

Apr 27 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ erikaf          DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **'17 CR1080 WQH** |
| Plaintiff, | <u>I N F O R M A T I O N</u> |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |
| PHYLLIS MARLENA SCHAFFTER, | |
| Defendant. | |

The Acting United States Attorney charges:

On or about April 1, 2017, within the Southern District of California, defendant PHYLLIS MARLENA SCHAFFTER, did knowingly and intentionally import a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: __4/27/17__ .

ALANA W. ROBINSON
Acting United States Attorney

*signature* FOR
BENJAMIN BISH
Assistant U.S. Attorney

BAB:sn:4/19/2017