# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PHYLLIS MARLENA SCHAFFTER,<br><br>　　　　　　　　　Defendant. | Criminal Case No. 17CR1080-WQH<br><br>ORDER |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to count 1 of the information.

DATED: June 28, 2017

　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　United States District Judge